UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SANDRA RIEDERER,

    Plaintiff,

v.                                                      Case No. 15-C-1292

UNITED HEALTHCARE SERVICES, INC.,

    Defendant.

**ORDER STAYING ACTION**

The Plaintiff has filed a motion seeking a stay of this action pending an appeal to the Seventh Circuit that presents the same legal issue. The Defendant has agreed that a stay would be appropriate. Accordingly, the action will be stayed pending a decision from the court of appeals. The parties are directed to alert the court when a decision is issued, at which point this court will consider the pending motion to dismiss.[1] The clerk will administratively terminate the motion to dismiss.

Dated this 27th day of January, 2016.

                                                    /s William C. Griesbach
                                                   William C. Griesbach, Chief Judge
                                                   United States District Court

---

[1] In a single paragraph, the Plaintiff requests equitable tolling of the statute of limitations for parties that have not year appeared. The argument is undeveloped, and in any event it appears the court would not have jurisdiction to entertain such a request because there is not a live case or controversy between them and the Defendant.