# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**SANDRA RIEDERER,**
individually and on behalf of all others similarly
situated,

                 Plaintiffs,

       v.

**UNITED HEALTHCARE SERVICES, INC.,**

                 Defendant.

Case No. 15-C-1292

---

## NOTICE OF APPEAL

---

NOTICE IS HEREBY GIVEN that Defendant United Healthcare Services, Inc. ("United Healthcare"), pursuant to Section 16 of the Federal Arbitration Act, hereby appeals to the United States Court of Appeals for the Seventh Circuit the Court's Order entered in this action on July 13, 2016 [Docket No. 20] denying United Healthcare's Motion to Dismiss and Compel Individual Arbitration.  *See* 9 U.S.C. § 16(a) (permitting immediate appeal of order denying motion to compel arbitration); *Janiga v. Questar Capital Corp.*, 615 F.3d 735, 740 (7th Cir. 2010) ("an interlocutory appeal may be taken from a district court order 'refusing a stay of any action . . . under this title' or 'denying a petition . . . to order arbitration to proceed.'") (citing 9 U.S.C. § 16).

**DATED:  July 25, 2016**                    Respectfully submitted,

                                             UNITED HEALTHCARE SERVICES, INC.


                                             By:  *s/  Katherine F. Mendez*
                                                          One of Its Attorneys

Joseph S. Turner
jturner@seyfarth.com
Katherine F. Mendez
kmendez@seyfarth.com
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois  60603
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000

2

## CERTIFICATE OF SERVICE

I, Joseph Turner, an attorney, hereby certify that on July 25, 2016, a copy of the

foregoing **NOTICE OF APPEAL** was electronically filed via the Court's CM/ECF system,

which transmitted service of the same upon the following counsel of record for Applicant:

> Summer Murshid
> Larry A. Johnson
> Timothy P. Maynard
> HAWKS QUINDEL, S.C.
> 222 East Erie Street
> Suite 210
> P.O. Box 442
> Milwaukee, WI 53201-0442
> Emails: ljohnson@hq-law.com
> smurshid@hq-law.com
> tmaynard@hq-law.com
>
> *Attorneys for Plaintiff*

*s/ Katherine F. Mendez*

Katherine F. Mendez
