

Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
fax (312) 460-7000
www.seyfarth.com

Writer's direct phone
(312) 460-5972

Writer's e-mail
jturner@seyfarth.com

January 20, 2017

Honorable Judge William C. Griesbach
United State District Court for the
 Eastern District of Wisconsin
United States Courthouse Room 203
125 South Jefferson Street
Green Bay, WI 54301-4541

>       Re:     Riederer, Sandra v. United Healthcare Services, Inc.,
>               Case No. 15-c-1292

Dear Judge Griesbach:

Pursuant to the Court's Order on Defendant's motion to stay the above captioned case pending appeal, ECF No. 33, we are providing the notice requested in your Order regarding the ruling by the U.S. Supreme Court on the petition for certiorari in the Epic case. On Friday, January 13, 2017, the Supreme Court granted the petition for certiorari in *Epic Systems Corp. v. Lewis*, No. 16-285, filed Sept. 2, 2016. The petition was consolidated with two related petitions, *Ernst & Young U.S. LLP v. Morris*, No. 16-300, Sept. 8, 2016 and *NLRB v. Murphy Oil*, No. 16-307, Sept. 9, 2016. No date has been set for oral argument.

                                Very truly yours,

                                SEYFARTH SHAW LLP

                                Joseph S. Turner

JST
cc:     Summer Murshid

36764790v.1