UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

SANDRA RIEDERER,
individually and on behalf of all others
similarly situated,

    Plaintiff,           Case No. 15-cv-1292

v.

UNITED HEALTHCARE SERVICES, INC.

    Defendant.

---

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

---

  Plaintiff Sandra Riederer, by and through her attorneys, Hawks Quindel, S.C., and Defendant United Healthcare Services, Inc., by and through their attorneys, Seyfarth Shaw, LLP (collectively the "Parties"), pursuant to Fed. Rule Civ. P. 41, the Parties respectfully request the matter be dismissed with prejudice and without further costs to either party.

Dated this 28th day of September, 2018.

Respectfully Submitted,         Respectfully Submitted,


s/ Joseph S. Turner           s/  Summer H. Murshid
Joseph S. Turner, SBN 6195834     Larry A. Johnson, SBN 1056619
Alexius C. O'Malley, SBN 6297183    Summer H. Murshid, SBN 1075404
*Attorneys for Defendant*         Timothy P. Maynard, SBN 1080953
                     *Attorneys for the Plaintiff*


**Seyfarth Shaw, LLP**          **Hawks Quindel, S.C.**
131 South Dearborn Street       222 East Erie Street, Suite 210
Suite 2400               P.O. Box 442
Chicago, Illinois 60603         Milwaukee, WI 53201-0442
Telephone: (312) 460-5000       Telephone: 414-271-8650

Facsimile: (312) 460-7000  Fax: 414-271-8442
Email(s): jturner@seyfarth.com  Email(s):   ljohnson@hq-law.com
aomalley@seyfarth.com  smurshid@hq-law.com
 tmaynard@hq-law.com